UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                        Case No. 24-30347
                                         Originating No.  24CR52

**NORA C. MEJIAS,**

      Defendant.
_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **NORA C. MEJIAS,** to answer to charges pending in another federal district, and states:

1. On **August 15, 2024,** defendant voluntarily appeared in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Southern District of Georgia based on an Information**.  Defendant is charged in that district with violations of **18 USC Sections 7 and 13 and the Official Code of Georgia Annotated, Sections 40-6-391(a)(1) – DUI Less Safe, 40-6-391(a)(5)DUI .08 or Greater and 40-6-48 - Failure to Maintain Lane.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

    Respectfully submitted,

    DAWN N. ISON
    United States Attorney

    *s/Philip Ross*
    PHILIP ROSS
    Assistant U.S. Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    (313) 226-9100

Dated: August 15, 2024